### 36803. WELDON *v.* LASHLEY.

FELTON, Chief Judge. The Supreme Court of Georgia having reversed the judgment of this court (*Weldon* v. *Lashley*, 214 *Ga.* 99, 103 S. E. 2d 385), the judgment of affirmance rendered by this court (*Weldon* v. *Lashley*, 96 *Ga. App.* 761, 101 S. E. 2d 779) is vacated, and the judgment of the trial court denying the motion for a judgment notwithstanding the verdict is reversed and the trial court is directed to enter a judgment in accordance with such motion.

*Judgment reversed with direction. Quillian and Nichols, JJ., concur.*

DECIDED MAY 7, 1958.

*Robert W. Spears, William G. Grant, James C. Grizzard,* for plaintiff in error.

*Zachary & Hunter, John C. Hunter, Harry F. Walters, W. E. Zachary,* contra.